To : United State District Court
55 Pleasant Street Room 110
Concord, NH 03301

From : Eric Flores , pro se petitioner
General Delivery
900 Brentwood Road N.E.,
Washington D.C., 20090

Date : January 1 , 2026

Re: Proposed Order

To the Clerk of the Federal Court ,

Enclosed is a petition against mass murder that is seeking relief from imminent danger such as death that is accompanied by four attachments entitled judicial notice of leave of court , judicial notice of stay court proceedings , motion to transfer multi district litigation , and a motion to proceed informa pauperis to file a petition against mass murder without having to prepay the filing fee because of my economic indigency. The clerk of the federal court may not refuse to file a petition that is seeking relief from imminent danger such as death.

The enclosed petition against mass murder is seeking relief from imminent danger such as death in which must be promptly filed and submitted for review by the federal court.

Please stamp file the petition , docket the petition against mass murder , assign a case number , and submit the petition together with its attachment for review by a federal judge.

Please send me notice of the assigned case number and name of the federal judge reviewing the petition as soon as possible. Thank you for your courtesy ,

Respectfully Submitted ,

Eric Flores , prose petitioner
General Delivery
900 Brentwood Road N.E.,
Washington D.C., 20090